```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

WALTER G. DEMENT,                :

    Plaintiff,                 :

vs.                              :
                                            CIVIL ACTION 05-0618-M
JO ANNE B. BARNHART,             :
Acting Commissioner of
Social Security,                 :

    Defendant.                 :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Walter G. Dement and against Defendant Jo Anne B. Barnhart.

DONE this 25th day of May, 2006.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE