```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

WALTER G. DEMENT,                :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :     CIVIL ACTION 05-0618-M
                                 :
JO ANNE B. BARNHART,             :
Commissioner of                  :
Social Security,                 :
                                 :
    Defendant.                   :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $2,220.00.  No costs are taxed.

DONE this 31st day of July, 2006.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE